UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA,                )
                                         )
v.                                       )
                                         ) Case No. 15-mj-07218-JCB
RAZA ALI, et al.                         )
                                         )
                                         )
_____

## ASSENTED-TO MOTION OF DEFENDANT RAZA ALI
## TO EXTEND TIME TO POST BOND

Defendant Raza Ali, through his undersigned counsel, respectfully moves this Court for an extension of the time to post bond with the Court. In support of this Motion, Mr. Ali states as follows:

1. On December 21, 2015, this Court entered an Order setting the conditions of Mr. Ali's release, which included a $250,000 bond secured by real property, with bond to be posted with the Court by December 31, 2015.

2. Defendant is in the process of obtaining the documentation and signatures required to post bond, and needs a brief extension of time to finalize the required paperwork.

3. Counsel for Mr. Ali has conferred with Assistant United States Attorney Stephen P. Heymann, who, on behalf of the government, assents to the relief sought herein.

WHEREFORE, Defendant Raza Ali respectfully requests that this Court modify the Order setting the conditions of Mr. Ali's release to extend the time for his posting of bond up to and including January 7, 2016.

Dated:  December 29, 2015

          Respectfully submitted,

          */s/ Jack W. Pirozzolo*
          Jack W. Pirozzolo (BBO #564879)
          SIDLEY AUSTIN LLP
          60 State Street, 36th Floor
          Boston, Massachusetts 02109
          Ph: (617) 223-0330
          jpirozzolo@sidley.com

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), counsel for Defendant Raza Ali conferred with Assistant United States Attorney Stephen P. Heymann, who, on behalf of the government, has assented to the relief sought in this motion.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, December 29, 2015, I electronically filed the above Assented-To Motion of Defendant Raza Ali to Extend Time to Post Bond using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

          */s/ Jack W. Pirozzolo*
          Jack W. Pirozzolo