In Open Court
USDC, Mass.
Date 5/24/16
By J Gaudet
Deputy Clerk

Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. <u>16-CR-10006-WGY</u> |
| ) | |
| RAZA ALI ) | |

## WAIVER OF INDICTMENT

I, Raza Ali, the above-named defendant, who is accused of conspiring to commit wire fraud and launder money, in violation of 18 U.S.C. § 371, and making a false statement on an income tax return, in violation of 26 U.S.C. § 7206, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on May 24, 2016 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: <u>William G. Young</u>
Judicial Officer