

# MEMORANDUM

| | |
|---|---|
| **To:** | The Honorable William G. Young<br>U.S. District Judge |
| **From:** | Erin Hennemann<br>U.S. Probation Officer |
| **Re:** | ALI, Raza, Dkt. #1:16CR10006-001<br>**Fine/Restitution Order/Payment Schedule Policy** |
| **Date:** | September 10, 2018 |

This memorandum serves as notification of a fine/restitution payment schedule agreed upon by the Probation Office in accordance with the Administrative Office Monograph 114.

It is the responsibility of the Supervising Probation Officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court. The schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the probationer/supervised releasee's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

At the present time, the agreement is as follows:

> The above supervised releasee has agreed to pay his court-ordered restitution of $28,027,946.02, fine of $30,000, and special assessment of $200.00 in monthly installments of $300.00 per month.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved by:

/s/ Basil Cronin
Basil Cronin, Supervising
U.S. Probation Officer


Payment Schedule Is Approved:

/s/ William G. Young                              Sept. 11, 2018
The Honorable William G. Young          Date
U.S. District Judge